FILED
APR 2 5 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 16-CR-186 (KBJ)** |
| | : | |
| **v.** | : | **Violation:** |
| | : | |
| | : | **18 U.S.C. § 371 (Conspiracy)** |
| **MICHELLE CHO,** | : | |
| | : | **Forfeiture:** |
| | : | **18 U.S.C. § 981(a)(1)(C);** |
| **Defendant.** | : | **28 U.S.C. § 2461(c); 21 U.S.C. § 853(p)** |

## CONSENT ORDER OF FORFEITURE

**WHEREAS**, a written plea agreement was filed with this Court and signed by defendant and her counsel, Steven McCool, Esquire, in which the defendant agreed to plead guilty to Count One of the Information charging the offense of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§ 371 and 1343, and defendant has pled guilty to that offense;

**WHEREAS**, the Information alleged the forfeiture of property, that is, any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, which property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

**WHEREAS**, the Information further alleged that upon conviction of the offense in Count One, the United States will seek a forfeiture money judgment against the defendant in the amount of $169,166.52, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

**WHEREAS**, in her plea agreement, the defendant agreed to the forfeiture of the above property and to the entry of a forfeiture money judgment in the amount of $169,166.52;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence and information before it, including the defendant's

plea agreement, that any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and that a personal money judgment against the defendant is appropriate, as set forth below;

**WHEREAS**, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence set forth during defendant's plea hearing, that a forfeiture money judgment against defendant for $169,166.52, is appropriate insofar as this property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

**WHEREAS**, 21 U.S.C. § 853(p) authorizes the forfeiture of substitute property;

**WHEREAS**, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. That the following property is declared forfeited to the United States, pursuant to 18 U.S.C. § 982(a)(1)(C) and 28 U.S.C. § 2461(c): any property, real or personal, which constitutes or is derived from proceeds traceable to the offense to which the defendant has pled guilty.

2. A forfeiture money judgment in the amount of $169,166.52 is entered against the defendant.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the defendant's consent, this Order of Forfeiture is now final as to the defendant, and shall be made part of the sentence and included in the judgment.

5. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this 25th day of April 2017.

THE HONORABLE KETANJI BROWN JACKSON
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

CHANNING D. PHILLIPS
United States Attorney
Bar No. 415793

By: ______________________________
JOHN MARSTON
Bar No. DC - 493012
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W., Room 5227
Washington, DC 20530
202-252-6886

______________________________
Michelle Cho
Defendant

______________________________
Steven McCool, Esquire
Attorney for the Defendant